FILED

06/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0564

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0564

_____

ANTHONY CORDERO, on behalf of
himself and all others similarly situated,

    Plaintiffs and Appellants,

v.

MONTANA STATE UNIVERSITY and
WADED CRUZADO,

    Defendants and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 5 2024